UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD CADOURA,

    Plaintiff,

Case No. 2:17-cv-13360

HONORABLE STEPHEN J. MURPHY, III

v.

CITY OF RIVERVIEW, et al.,

    Defendants.

                           /

**ORDER GRANTING PLAINTIFF'S
MOTION TO STAY [27] AND ADMINISTRATIVELY CLOSING THE CASE**

On August 11, 2018, the Court granted in part and denied in part the Defendants' motion to dismiss. ECF 26. The Court dismissed all but one narrow Title VII count and declined to exercise supplemental jurisdiction over several state-law claims. *Id.* at 555–56. The Court stated its willingness to stay the case, and permitted Plaintiff Richard Cadoura fourteen days to move for a stay of the case. *Id.* at 557. Cadoura elected to first pursue his state law claims and, on August 24, 2018, he filed a motion to stay the case. ECF 27. Defendants filed notices indicating that they did not oppose the motion to stay. ECF 28, 29. The authority to stay proceedings is incidental to the Court's inherent power to manage its docket. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). In the interest of judicial economy, and to preserve the parties' resources, the Court will grant the motion to stay.

**WHEREFORE**, it is hereby **ORDERED** that Plaintiff's motion to stay [27] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Scheduling Conference set for September 11, 2018 is **CANCELED**.

1

**IT IS FURTHER ORDERED** that the Clerk of Court shall **CLOSE** the case for administrative purposes only.

**IT IS FURTHER ORDERED** that should Plaintiff decide to pursue his remaining federal claim, he must **FILE** a motion to reopen the case within 30 days of the termination of any state court proceedings.

**SO ORDERED.**

                                          s/ Stephen J. Murphy, III
                                          STEPHEN J. MURPHY, III
                                          United States District Judge

Dated: September 6, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 6, 2018, by electronic and/or ordinary mail.

                                          s/ David Parker
                                          Case Manager